```
UNITED STATES DISTRICT COURT
         FOR THE
     DISTRICT OF VERMONT


CHRISTOPHER C. SEIFERT,        :
          Plaintiff,           :
                               :
     v.                        : Docket No. 2:08-CV-259
                               :
ROBERT HOFMAN and              :
DELORES BURROUGHS-BIRON,       :
          Defendants.          :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 15, 2009. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Paper 14) is GRANTED. It is further ordered that Seifert be allowed 30 days in which to file an amended complaint.

Dated at Burlington, in the District of Vermont, this 14th day of December, 2009.

```
                         /s/ William K. Sessions III
                         William K. Sessions III
                         Chief Judge
```